STATE OF NEW JERSEY v. DOUGLAS GARNER, JR.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS HILL.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RAUL RODRIGUEZ.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MARY WILLIAMS.

December 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GERMAN GONZALEZ.

December 23, 1985.

Petition for certification denied.